**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY N. MINCHELLA,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 14-4024** |
| **SUN LIFE ASSURANCE COMPANY** : | |
| **OF CANADA,** : | |
| Defendant. : | |

## ORDER

**AND NOW**, this 28th day of July 2015, upon consideration of Defendant's motion to dismiss the Amended Complaint [Doc. 15], and Plaintiff's response in opposition, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant shall **ANSWER** the Amended Complaint no later than 21 days from the date of this Order.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**